IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MICHAEL A. GRASSMUECK**, Court Appointed Receiver for Global Online Direct, Inc., its Subsidiaries and Affiliates,<br><br>       Plaintiff,<br><br>   v.<br><br>**STEPHEN BISHOP,** et al.,<br><br>       Defendants.<br>_____ | Civil Case No. 09-1257-HU<br><br>O R D E R |

      Julie R. Vacura
      Danielle J. Hunsaker
      Larkins Vacura
      621 SW Morrison Street, Suite 1450
      Portland, Oregon  97205-3817

         Attorneys for Plaintiff

Page 1 - ORDER

  Russell De Van
  12570 North 104th Street
  Scottsdale, Arizona  85260

  Yada Schneider
  1323 S. Scenic Heights Drive
  Prescott, Arizona  86303

  Stephen Bishop
  10735 North Belmont Court
  Houston, Texas  77065

    Pro Se Defendants

KING, Judge:

  The Honorable Dennis Hubel, United States Magistrate Judge, filed Findings and Recommendation on April 5, 2010.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

  Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation dated April 5, 2010 (#112) in its entirety.

  IT IS HEREBY ORDERED that Defendants' Motions to Dismiss for Lack of Personal Jurisdiction (#15 Schneider, #21 DeVan, #65 Bishop) are granted.  The claims against defendants Schneider, DeVan and Bishop are dismissed without prejudice.

  DATED this   27th   day of April, 2010.

          /s/ Garr M. King
           GARR M. KING
          United States District Judge