IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MICHAEL A. GRASSMUECK,** Court-Appointed Receiver for Global Online Direct, Inc., its Subsidiaries and Affiliates,<br><br>                Plaintiff,<br><br>   v.<br><br>**STEPHEN BISHOP,** et al.,<br><br>                Defendants.<br>_____ | Civil No. 09-1257-HU<br><br>JUDGMENT |

      Julie R. Vacura
      Danielle J. Hunsaker
      Larkins Vacura
      621 SW Morrison Street, Suite 1450
      Portland, Oregon  97205-3817

            Attorneys for Plaintiff

Page 1 - JUDGMENT

Lawrence Madoff
P.O. Box 30548
Las Vegas, Nevada  89173

      Pro Se Defendant

KING, Judge:

      Based on the record,

      IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

      Dated this   20th   day of September, 2010.

                                /s/ Garr M. King
                              Garr M. King
                              United States District Judge